IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30382
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILL LEWIS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CR-9-1-A
- - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Will Lewis appeals from his sentence for conspiring to possess with intent to distribute cocaine base and possessing with intent to distribute cocaine base.  Lewis contends that the district court erred by attributing 345.1 grams of cocaine base to him.

The district court's attribution of 345.1 grams of cocaine base to Lewis was not clearly erroneous.  *United States v. Mergerson*, 4 F.3d 337, 345 (5th Cir. 1993).  Accordingly, Lewis's sentence is affirmed.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.